UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RAYMOND FALCON,
    Plaintiff,

vs.                                          No. 07-1157

FCI PEKIN,
    Defendant.

## ORDER OF DISMISSAL

On June 18, 2007, the clerk of the court received a letter from the plaintiff who is a federal prisoner. The letter stated that the mail room staff at the Federal Correctional Institution in Pekin, Illinois were violating the plaintiff's constitutional rights. It was not entirely clear what the plaintiff intended with his letter, so a civil rights lawsuit was opened pursuant to *Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

A text order was entered telling the plaintiff that he must either pay the $350 filing fee or file a motion to proceed *in forma pauperis*. The plaintiff was advised that he must comply with the court order within twenty-one days or his lawsuit would be dismissed. The deadline has passed and the plaintiff has failed to respond in any way.

The court will therefore dismiss this lawsuit. However, it is not clear to the court that the plaintiff ever intended to file a lawsuit. Unfortunately, he did not respond to the court order to clarify this matter. It appears that the plaintiff may have intended to send his letter to the United States Attorney's office and was urging them to investigate and file charges against the correctional center. For this reason, the court will not assess a filing fee.

**IT IS THEREFORE ORDERED** that:

1) **The clerk is directed to dismiss this case in its entirety without prejudice for failure to prosecute with due diligence and failure to pay the filing fee.** *See* Fed. R.Civ. P. 41(b).

2) **Since it is not clear the plaintiff intended to file a lawsuit, the plaintiff will not be required to pay the filing fee.**

Enter this __23rd____ day of October, 2008.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE